IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BRADLEY MILLER**, **KAYLA KILPATRICK** and **BLAKE BUMANN**, | ) ) ) | |
| Plaintiffs, | ) ) | **Case No.** 3:23-cv-02597-JPG |
| vs. | ) ) ) | **CJRA Track:** B<br>**Mandatory Mediation:** Yes<br>**Jury Trial:** 9/22/25 |
| **ST. CLAIR COUNTY EMERGENCY MANAGEMENT ADMINISTRATION**, | ) ) ) | |
| Defendant. | ) | |

### AMENDED JOINT REPORT OF PARTIES AND
### PROPOSED AMENDED SCHEDULING AND DISCOVERY ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), a supplemental conference of the parties was held on 12/11/2024 with attorneys Alan Crone and Garrett P. Hoerner participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Motions to amend the pleadings, including the commencement of third-party action, shall be filed by February 14, 2025 (no later than 90 days following the Scheduling and Discovery conference).

2. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

   Plaintiffs' expert(s): February 14, 2025
   Defendant's expert(s): March 14, 2025
   Third Party expert(s): March 14, 2025

3. Depositions of expert witnesses must be taken by:

   Plaintiffs' expert(s): February 28, 2025
   Defendant's expert(s): March 31, 2025
   Third Party expert(s): March 31, 2025

4. The parties **CERTIFY** that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties do not anticipate a need for ESI protocol. ~~The parties shall submit to the Court any joint proposed ESI protocol no later than _____.~~

~~(The protocol shall contain mechanisms for addressing necessary topics concerning ESI to include sources of information, search terms, format of production and preservation of ESI by both Plaintiff(s) and Defendant(s)).~~

      5.      The **Mandatory Mediation Session** shall be completed by March 31, 2025 (no later than **30 days** before the discovery cut-off).

      6.      **Discovery** shall be completed by April 30, 2025 (no later than **130 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting.) Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

      7.      The **Mandatory Mediation Process** shall be completed by May 15, 2025 (no later than **15 days** after the discovery cut-off).

      8.      All **dispositive motions** shall be filed by May 21, 2025 (no later than **100 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

      9.      The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference if they are unable to resolve their dispute. If the dispute cannot be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

DATED: December 11, 2024

| | |
|---|---|
| **THE CRONE LAW FIRM, PLC** | **BECKER, HOERNER & YSURSA, P.C.** |
| By:   s/ *Alan Crone* | By:   s/ *Garrett P. Hoerner* |
|       **Alan Crone** |       **Garrett P. Hoerner** |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT |
| 88 Union Avenue, Suite 1400 | 5111 West Main Street |
| Memphis, Tennessee 38103 | Belleville, Illinois 62226-4797 |
| Phone: (901) 737-7740 | Phone: (618) 235-0020 |
| E-Mail: acrone@cronelawfirmplc.com | E-Mail: gph@bhylaw.com |