UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRADLEY MILLER, KAYLA KILPATRICK, and BLAKE BUMANN,<br>　　*on behalf of themselves and*<br><br>MATTHEW ALLEN, LAUREN BARNES, JOHN BETTERTON, SHANTELLE BRIDGES, SHARON DAVIS, CHARITY FERENDZO, CAMERON FOSTER, TONI FRITZ, LINDA GLASCO, PHOENIX GREEN, MELISSA HAYES, JACQUELINE JACKSON, AVA KALAGIAN, SCARLETT KITCHENS (STEGE), PAULA LARAMORE, NAQUAN ROUTT, SARETHA RUSSELL, BRANDI SAX, ROBERTA SEITZ, CRYSTAL SHERROD, MIKAYLA SMITH, BRITTANY SNOVER, TRAVIS TAYLOR, AUSTIN THOMAS, HALEY TINLEY, TAMMY WALTERS, WHITNEY WARNECKE, and JAMES WRIGHT,<br><br>　　Plaintiffs,<br><br>　v.<br><br>ST. CLAIR COUNTY,<br><br>　　Defendant. | Case No. 23-cv-2597-JPG |

## JUDGMENT

This matter having come before the Court, and all parties having agreed to dismissal, and the Court having approved the tendered settlement agreement,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**MONICA A. STUMP, Clerk of Court**

**Dated: March 6, 2026**　　　　　　　　　**s/Tina Gray, Deputy Clerk**

**Approved:**　s/ J. Phil Gilbert
　　　　　　**J. PHIL GILBERT**
　　　　　　**DISTRICT JUDGE**